IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

KENDRICK T. HILL                                                                    PLAINTIFF

      v.                                    Civil No.   13-6109

GARLAND COUNTY DETENTION
CENTER                                                                              DEFENDANT

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983.  He proceeds *pro se* and *in forma pauperis*.

On October 1, 2013, an order (ECF No. 3) was entered directing Plaintiff to submit an amended complaint because the Garland County Detention Center was not a person subject to suit under § 1983.  Plaintiff was given until October 23, 2013, to file the amended complaint.

Plaintiff has not filed the amended complaint.  He has not requested an extension of time to do so.  Plaintiff has not communicated with the Court in anyway.

I therefore recommend that the case be dismissed for failure to obey the order of the Court and failure to prosecute this action.  Fed. R. Civ. P. 41(b).

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1).  The failure to file timely objections may result in waiver of the right to appeal questions of fact.  The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 26th day of November 2013.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE